NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

COGNEX CORPORATION AND COGNEX
TECHNOLOGY & INVESTMENT CORPORATION,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

AND

MVTEC SOFTWARE GMBH AND MVTEC, LLC,
*Intervenors.*

2011-1098

On appeal from the United States International Trade Commission in Investigation No. 337-TA-680.

ON MOTION

# ORDER

Upon consideration of John W. Pint's motion to withdraw as counsel for Cognex Corporation and Cognex Technology & Investment Corporation,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 2 4 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Steven M. Bauer, Esq.
    John W. Pint, Esq.
    Clint A. Gerdine, Esq.
    Matthew B. Lowrie, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 4 2011

JAN HORBALY
CLERK